```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
ETAN ZAITSU
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ANDREW HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11-mj-00099-EFB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | COURT TRIAL |
| v. ) | |
| ) | |
| ANDREW HERNANDEZ, ) | |
| ) | Date:   MAY 24, 2011 |
| Defendant. ) | Time:   10:00 a.m. |
| ) | Judge:  Hon. Edmund F. Brennan |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Rachana Shah, Special Assistant U.S. Attorney, and defendant, Andrew Hernandez, by and through his counsel, Linda C. Harter, Chief Assistant Federal Defender, that the court trial set for Tuesday, May 24, 2011 at 10:00 a.m. be rescheduled for Tuesday, July 12, 2011 at 10:00 a.m.

//

//

1     The defendant requires more time to fully investigate the case and
2 to see if this case can be resolved outside of trial.

3

4 DATED: May 19, 2011                Respectfully submitted,
                                          DANIEL J. BRODERICK
5                                           Federal Defender

6                                           /s/ Linda C. Harter
                                          LINDA C. HARTER
7                                           Chief Assistant Federal Defender
                                          Attorney for Defendant
8                                           ANDREW HERNANDEZ

9

10 DATED: May 19, 2011                BENJAMIN B. WAGNER
                                          United States Attorney
11

12                                           /s/ Rachana Shah
                                          RACHANA SHAH
13                                           Special Assistant U.S. Attorney

14

15                                 **O R D E R**

16 **IT IS SO ORDERED.**

17 DATED: May 19, 2011.

18                                           _[signature]_
                                          EDMUND F. BRENNAN
19                                           UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

Stipulation and ~~Proposed~~ Order